## ELECTRONIC RECORD

490-15
491-15

COA # 05-14-00212-CR          OFFENSE: 22.01

STYLE: Joe Polanco v. The State of Texas     COUNTY: Collin

COA DISPOSITION:     AFFIRM          TRIAL COURT: 401st Judicial District Court

DATE: 02/23/2015          Publish: NO   TC CASE #:     401-81063-2011

## IN THE COURT OF CRIMINAL APPEALS

490-15
491-15

STYLE: Joe Polanco v. The State of Texas          CCA #:

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: __11/04/2015__          SIGNED: _____          PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD